UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 7846**

-----------------------------------------x

SENSIENT COLORS INC.,

    Plaintiff,

-against-

ABBY F. KOHNSTAMM; PETER L.
KOHNSTAMM; SARAH F. KOHNSTAMM;
ELIZABETH K. OGDEN; RICHARD L. OGDEN;
THOMAS H. OGDEN; JOHN DOE
INDIVIDUALS 1-20 (fictitious names); and ABC
COMPANIES 1-20 (fictitious names),

    Defendants.

-----------------------------------------x

Case No. 07-_____

DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P.7.1

Plaintiff SENSIENT COLORS INC., f/k/a Warner-Jenkinson Company, Inc., f/k/a Kohnstamm & Co., by its attorneys, Bryan Cave LLP, for its Statement of Disclosure pursuant to Fed.R.Civ. P. 7.1, hereby states that it is a wholly owned subsidiary of Sensient Technologies Corporation, f/k/a Universal Foods Corporation.

Dated: New York, New York
    September 5, 2007

BRYAN CAVE LLP

By: Mary M. Chang (MC 3345)
   Christopher R. Strianese (CS 1017)
   1290 Avenue of the Americas
   New York, New York 10104
   (212) 541-2000

*Attorneys for the Plaintiff*