UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENSIENT COLORS INC., <br><br> Plaintiff, <br><br> -against- <br><br> ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), <br><br> Defendants. | CASE NUMBER: 07-7846 <br><br> FILED ELECTRONICALLY <br><br> **APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Abby F. Kohnstamm and Sarah F. Kohnstamm.

I certify that I am admitted to practice in this court.

_____
Robert N. Feltoon  (RF-1263)
Conrad O'Brien Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA  19102-1916
Telephone:  215-864-8064
Fax:  215-864-0064

Dated:  September 26, 2007