AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

SENSIENT COLORS INC.,

V.

ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV

TO: (Name and address of Defendant)

Richard L. Ogden
117 Wildwing Ext. Pk.
Catskill, New York 12414

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary M. Chang, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                SEP 0 6 2007

CLERK                                             DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT    INDEX # 07 CIV 7846
SOUTHERN DISTRICT OF NEW YORK    FILED ON SEPTEMBER 6, 2007

SENSIENT COLORS INC.,

Plaintiff(s)/Petitioner(s)

vs

ABBY F. KOHNSTAMM, et al.

Defendant(s)/Responder(s)

STATE OF NEW YORK, COUNTY OF GREENE, SS.    AFFIDAVIT OF SERVICE

Daniel Arp, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at Catskill, NY. On September 12, 2007 at 9:18 AM, at 117 WILDWING EXT. PK., CATSKILL, NY 12414, deponent served the within Summons In A Civil Case and Complaint

on: RICHARD L. OGDEN

Defendant (herein called recipient) therein named upon which the Index No. and the date of filing were clearly visible on said Summons In A Civil Case and Complaint

INDIVIDUAL [X] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

SUITABLE AGE PERSON [ ] By delivering a true copy of each to _____ personally, a person of suitable age and discretion. Deponent asked said individual if they were able to accept on behalf of said recipient and they responded with an affirmative. Said premises is recipient's [ ] actual place of business [ ] dwelling house or usual place of abode within the state.

AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house or usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion thereat, having called there on the _____ day of _____ at _____ on the _____ day of _____ at _____ on the _____ day of _____ at _____

MAILING COPY [ ] Deponent also enclosed a copy of the said document(s) in a postpaid sealed wrapper, First Class Mail, marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the recipient(s). Said envelope was properly addressed to recipient at recipient's last known address at _____ and deposited the same in a post office under exclusive care and custody of the United States Postal Service within New York State on _____

DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Gender: Male    Color of skin: White    Color of hair: Gray    Age: Over 75 Yrs.    Height: Seated
Weight: 150 - 160 Lbs.    Other: Person served wore glasses

WIT. FEES    _____ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

MILITARY SERVICE
[X] Deponent asked the person spoken to whether he/she was presently in the military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.
[ ] Deponent asked the person spoken to _____, whether the recipient was in active military service of the United States Government or of the State of New York in any capacity whatever and received a negative reply.
[X] The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on this 18th day of September 2007

Daniel Arp
Server's Lic. #
Affidavit # 992637

ATTORNEY: Bryan Cave LLP, Ph: 212-541-3033
ADDRESS: 1290 Avenue of the Americas New York NY 10104    File No.:

PRO-FILE LAWYER'S SERVICE, TOMPKINS FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166

DARLENE A. TOMPKINS
Notary Public, State of New York
Qualified in Greene County
Reg. No. 01TO4915791
Commission Expires Dec. 28, 01