AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

SENSIENT COLORS INC.,

V.

ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM;
SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN;
RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN
DOE INDIVIDUALS 1-20 (fictitious names); and ABC
COMPANIES 1-20 (fictitious names)

## SUMMONS IN A CIVIL ACTION

CASE NUMBER.

TO: (Name and address of Defendant)

Elizabeth K. Ogden
79 Winfield Avenue
Harrison, New York 10528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary M. Chang, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MICHAEL McMAHON

CLERK

SEP 0 6 2007

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SENSIENT COLORS INC.,

                          Plaintiff,

            -against-

ABBY F. KOHNSTAMM; PETER L.
KOHNSTAMM; SARAH F. KOHNSTAMM;
ELIZABETH K. OGDEN; RICHARD L. OGDEN;
THOMAS H. OGDEN; JOHN DOE
INDIVIDUALS 1-20 (fictitious names); and ABC
COMPANIES 1-20 (fictitious names),

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 07-CV-7846

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                    )ss:
COUNTY OF NEW YORK )

       Roger Garay, being duly sworn, deposes and says that:

       1.     I am over 18 years of age, am not a party to this action, and I reside in Jamaica, New York.  My New York City process server's license number is 1244899.

       2.     On Friday, September 19, 2007 at approximately 8:15 a.m., I personally served a true copy of the foregoing **SUMMONS AND COMPLAINT** upon defendant Elizabeth K. Ogden, at her residence located, 79 Winfield Avenue, Harrison, New York 10528, by personally delivering and leaving a true copy thereof with Ben Ogden, son of the defendant, a person of suitable age and discretion.

       3.     Mr. Ogden may be described as a white male, twenty-seven years old, with short dirty blond hair, weighing approximately 130 pounds, and height was undetermined because he was sitting in his car.

       4.     In addition, on September 19, 2007, I mailed a copy of the **SUMMONS AND COMPLAINT** to Elizabeth K. Ogden, 79 Winfield Avenue, Harrison, New York 10528, by regular First Class Mail, by depositing a true copy of

same, enclosed in a prepaid properly addressed wrapper, into an official depository under

the exclusive custody and care of the United States Postal Service within New York

State.

_____
Roger Garay

Sworn to before me this
15th day of September 2007

_____
NOTARY PUBLIC

DAVID ORTIZ
Notary Public, State of New York
No. 01OR6022134
Qualified in Queens County
Commission Expires March 29, 2001