AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

SENSIENT COLORS INC.,

V

ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 7846

TO: (Name and address of Defendant)

Abby F. Kohnstamm
181 East 65th Street
New York, New York 10021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary M. Chang, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

SEP 0 6 2007

CLERK                                          DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SENSIENT COLORS INC.,
                Plaintiff,

      -against-

ABBY F. KOHNSTAMM; PETER L.
KOHNSTAMM; SARAH F. KOHNSTAMM;
ELIZABETH K. OGDEN; RICHARD L. OGDEN;
THOMAS H. OGDEN; JOHN DOE
INDIVIDUALS 1-20 (fictitious names); and ABC
COMPANIES 1-20 (fictitious names),
                Defendants.

------------------------------------x

Index No. 07-CV-7846

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                             )ss:
COUNTY OF NEW YORK )

        Roger Garay, being duly sworn, deposes and says that:

        1.     I am over 18 years of age, am not a party to this action, and I reside in Jamaica, New York. My New York City process server's license number is 1244899.

        2.     On Friday, September 07, 2007 at approximately 7:53 p.m., I personally served a true copy of the foregoing **SUMMONS AND COMPLAINT** upon defendant Abby F. Kohnstamm, at her residence located, 15 Ocean Ave., Larchmont, NY 10538 by personally delivering and leaving a true copy thereof with Abby F. Kohnstamm.

        3.     Ms. Kohnstamm may be described as a white female in her early

fifties, with short dirty blond hair, weighing approximately 115 pounds, and standing approximately 5'5" tall.

_____
Roger Garay

Sworn to before me this
25th day of September 2007

_____
NOTARY PUBLIC

DAVID ORTIZ
Notary Public, State of New York
No. 01OR3022134
Qualified in Queens County
Commission Expires March 29, 20__