## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SENSIENT COLORS INC., | X : : : : : : : : : : : : X | Civil Action<br><br>Case No.  07 CIV 7846<br><br>**APPEARANCE**<br><br>(filed electronically) |
| Plaintiff, | | |
| vs. | | |
| ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), | | |
| Defendants. | | |

TO: Court Clerk of this court and all parties of record:

PLEASE TAKE NOTICE that Saul Ewing LLP hereby enters its appearance as counsel of record in this matter for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden directing that all notices and other correspondence be directed to it.

PLEASE TAKE FURTHER NOTICE that I am admitted to practice in this court.

                                                   **SAUL EWING LLP**
                                                 Attorney for Defendants Peter L.
                                                 Kohnstamm and Elizabeth K. Ogden

Dated:  October 11, 2007                      By:     /s/    Michael A. Lampert

                                                  Michael A. Lampert, Esq.  (ML1064)
                                                  SAUL EWING LLP
                                                  750 College Road East – Suite 100
                                                  Princeton, New Jersey 08540
                                                  (609) 452-3100   fax (609) 452-3125