PREMA, S

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

SENSIENT COLORS INC.,

      Plaintiff,

vs.

ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names),

      Defendants.

Case No. 07 CIV 7846 (LAP)

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT

    It is hereby stipulated and agreed to by and between the parties and their respective counsel, Bryan Cave LLP, counsel for Plaintiff Sensient Colors Inc., Saul Ewing LLP, counsel for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden, and Conrad O'Brien Gellman & Rohn, counsel for Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm as follows:

    Defendants' time to answer, move or otherwise respond to the Amended Complaint shall hereby be extended from October 11, 2007 up to and including October 22, 2007. The parties further agree that Plaintiff shall have up to and including November 29, 2007 to respond to this filing made by Defendants, and that Defendants shall have up to and including December 10, 2007 to reply to Plaintiff's response thereto. This is the first stipulation for an extension of time submitted by any of the parties.

STIPULATED TO:

Bryan Cave LLP
Attorney for Plaintiff Sensient Colors Inc.

By: /s/ Mary M. Chang                    Dated: 10/11/07
    Mary M. Chang, Esq.

STIPULATED TO:

Saul Ewing LLP
Attorney for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden

By:_____        Dated:_____
    Michael A. Lampert, Esq.

STIPULATED TO:

Conrad O'Brien Gellman & Rohn
Attorney for Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm

By:_____        Dated:_____
    Robert N. Feltoon, Esq.

ORDER

    The above stipulation is ORDERED APPROVED.

ORDER DATED: _____

                                                BY THE COURT

STIPULATED TO:

Bryan Cave LLP
Attorney for Plaintiff Sensient Colors Inc.

By:_____        Dated:_____
    Mary M. Chang, Esq.

STIPULATED TO:

Saul Ewing LLP
Attorney for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden

By:_____        Dated:_____
    Michael A. Lampert, Esq.

STIPULATED TO:

Conrad O'Brien Gellman & Rohn
Attorney for Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm

By: *Robert N. Feltoon /smm*        Dated: 10/11/07
    Robert N. Feltoon, Esq.

ORDER

    The above stipulation is ORDERED APPROVED.

ORDER DATED: _____

                                                                    BY THE COURT

STIPULATED TO:

Bryan Cave LLP
Attorney for Plaintiff Sensient Colors Inc.

By:_____          Dated:_____
    Mary M. Chang, Esq.

STIPULATED TO:

Saul Ewing LLP
Attorney for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden

By:_____          Dated: 10/11/07
    Michael A. Lampert, Esq.

STIPULATED TO:

Conrad O'Brien Gellman & Rohn
Attorney for Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm

By:_____          Dated:_____
    Robert N. Feltoon, Esq.

ORDER

    The above stipulation is ORDERED APPROVED.

ORDER DATED: October 15, 2007

BY THE COURT

Loretta A. Preska
USDJ