UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SENSIENT COLORS INC., | : | **NOTICE OF** |
| | : | **MOTION TO DISMISS** |
| Plaintiff, | : | Case No.  07 CIV 7846 (LAP) |
| vs. | : | CIVIL ACTION |
| ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), | : | (Filed Electronically) |
| Defendants. | : | |

**PLEASE TAKE NOTICE** that, on a date and at a time to be designated by the Court, Defendants Abby F. Kohnstamm, Peter L. Kohnstamm, Sarah F. Kohnstamm and Elizabeth K. Ogden, by and through their attorneys, will move this Court, before the Honorable Judge Loretta A. Preska, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 for an Order pursuant to Fed. R. Civ. P. 12(b), dismissing the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument will be on a date and at a time to be designated by the Court.

1024887.1 10/22/07

**PLEASE TAKE FURTHER NOTICE** that Defendants shall rely upon the Memorandum of Law and Declaration of Michael Lampert with accompanying exhibits submitted herewith.

**SAUL EWING LLP**
A Delaware LLP
750 College Drive East, Suite 100
Princeton, NJ  08540
(609) 452-3100

Attorneys for Defendants Peter L. Kohnstamm
and Elizabeth K. Ogden

By: s/_____
          Michael A. Lampert (MR 1064)

**CONRAD, O'BRIEN, GELLMAN & ROHN, P.C.**
1515 Market Street, 16th Floor
Philadelphia, PA  19102
(215) 864-9600

Attorneys for Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm

By:     Robert N. Feltoon

Dated:  October 22, 2007