UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENSIENT COLORS INC., | |
| Plaintiff, | Case No. 07 CIV 7846 (LAP) |
| vs. | CERTIFICATE OF SERVICE |
| ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), | CIVIL ACTION<br><br>(Filed Electronically) |
| Defendants. | |

The undersigned, a member of the bar of this Court, hereby certifies that on October 22, 2007, he caused a true and correct copy of Defendants' Notice of Motion to Dismiss Plaintiff's Amended Complaint, Defendants' Memorandum of Law in Support Thereof, Defendants' Certification of Michael A. Lampert with accompanying Exhibits, and Defendants' Proposed Order to be served on the following counsel via Federal Express:

Mary M. Chang, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

SAUL EWING LLP


s/_____
Michael A. Lampert, Esq.

1025036.1 10/22/07