UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENSIENT COLORS INC., <br><br> Plaintiff, <br><br> vs. <br><br> ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), <br><br> Defendants. | Case No. 07 CIV 7846 <br><br> **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Michael A. Lampert, Esq., the accompanying Declaration of John F. Stoviak and the Certificate of Good Standing annexed thereto, and the accompanying Declaration of Cathleen M. Devlin and the Certificates of Good Standing annexed thereto we move this Court, as soon as counsel may be heard, before the Honorable Loretta K. Preska at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York for an Order allowing the admission of John F. Stoviak, Esquire, a Partner in the law firm of Saul Ewing LLP, and Cathleen M. Devlin, Esquire, a Partner in the law firm of Saul Ewing LLP, as attorneys *pro hac vice* to argue or try this case in whole or in part as counsel.

1023734 1 10/16/07

Respectfully submitted,

10/16/07

_____
MICHAEL A. LAMPERT, ESQUIRE (ML 1064)
SAUL EWING LLP
750 College Road East
Suite 100
Princeton, NJ 08540-6617
Phone: (609) 452-3123
Fax: (609) 452-3125
Counsel for Defendants
Peter L. Kohnstamm and Elizabeth K. Ogden

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENSIENT COLORS INC., <br><br> Plaintiff, <br><br> vs. <br><br> ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), <br><br> Defendants. | Case No. 07 CIV 7846 <br><br> **DECLARATION OF MICHAEL A. LAMPERT, ESQ.** |

MICHAEL A. LAMPERT, ESQ. declares and says:

1. I am a Partner at the law firm of Saul Ewing LLP, attorneys for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden ("Defendants") in the above-captioned action. I make this declaration in support of the applications to admit John F. Stoviak, Esq. and Cathleen M. Devlin, Esq. *pro hac vice* in accordance with Local Rule 1.3(c) of the United States District Court for the Southern District of New York to represent Defendants in this action.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1977. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. In this litigation, I and other colleagues of my firm will appear as attorneys of record for Defendants. Defendants Peter L. Kohnstamm and Elizabeth K. Ogden are New York citizens.

4. Mr. Stoviak is a Partner at Saul Ewing LLP, a Delaware LLP, in Philadelphia, Pennsylvania.

5. Ms. Devlin is a Partner at Saul Ewing LLP, a Delaware LLP, in Philadelphia, Pennsylvania.

6. I attest to the good moral and professional character of Mr. Stoviak and at the request of our client, respectfully move his admission *pro hac vice* to serve as co-counsel in this litigation, representing Defendants with the right to actively participate in the conduct of any trial or any pretrial or post-trial proceeding before this Court concerning this litigation. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. I further attest to the good moral and professional character of Ms. Devlin and at the request of our client, respectfully move her admission *pro hac vice* to serve as co-counsel in this litigation, representing Defendants with the right to actively participate in the conduct of any trial or any pretrial or post-trial proceeding before this Court concerning this litigation. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/16/07

MICHAEL A. LAMPERT, ESQUIRE (ML 1064)

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENSIENT COLORS INC., <br><br> Plaintiff, <br><br> vs. <br><br> ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), <br><br> Defendants. | Case No. 07 CIV 7846 <br><br> **DECLARATION OF JOHN F. STOVIAK, ESQ.** |

JOHN F. STOVIAK, ESQ. declares and says:

1. I am a Partner in the law firm of Saul Ewing LLP. My Firm's principal business address is 1500 Market Street, Philadelphia, Pennsylvania, 19102. My business telephone is 215-972-1095.

2. I received my law degree in 1976 from Dickinson School of Law in Carlisle, PA.

3. I have been licensed to practice law in the State of Pennsylvania since 1976.

4. I am, and always have been, a member in good standing of all Courts to which I have been admitted. In preparation for this motion, I have attached an original of a Certificate of Good Standing for each jurisdiction to which I am admitted as Exhibit A.

5. Having spoken directly with representatives of my client on this matter, I can represent to the Court that my client has full confidence in my legal abilities, and wishes for me to participate as its counsel in this proceeding.

1018798.1 10/4/07

-2-

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: OCTOBER 4, 2007

_____
JOHN F. STOVIAK, ESQUIRE

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SENSIENT COLORS INC., <br><br> Plaintiff, <br><br> vs. <br><br> ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), <br><br> Defendants. | Case No. 07 CIV 7846 <br><br> **DECLARATION OF** <br> **CATHLEEN M. DEVLIN, ESQ.** |

CATHLEEN M. DEVLIN, ESQ. declares and says:

1. I am a Partner in the law firm of Saul Ewing LLP. My Firm's principal business address is 1500 Market Street, Philadelphia, Pennsylvania, 19102. My business telephone is 215-972-8562.

2. I received my law degree in 1994 from Villanova Law School, in Villanova, Pennsylvania.

3. I have been licensed to practice law in the Commonwealth of Pennsylvania and the State of New Jersey since 1994.

4. I am, and always have been, a member in good standing of all Courts to which I have been admitted. In preparation for this Motion, I have attached an original of a Certificate of Good Standing for each jurisdiction to which I am admitted as Exhibit A.

-2-

5.   Having spoken directly with representatives of my client on this matter, I can represent to the Court that my client has full confidence in my legal abilities, and wishes for me to participate as its counsel in this proceeding.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/16/07

_____
CATHLEEN M. DEVLIN, ESQUIRE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENSIENT COLORS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names),<br><br>Defendants. | Case No. 07 CIV 7846 |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for *Pro Hac Vice* Admission was served upon counsel for the Plaintiffs via Federal Express:

> **Mary M. Chang**
> **Bryan Cave LLP**
> **1290 Avenue of the Americas**
> **New York, New York 10101**

Dated: 10/17/07

MICHAEL A. LAMPERT, ESQUIRE (JMM)

1023734 1 10/16/07

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENSIENT COLORS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names),<br><br>Defendants. | Case No. 07 CIV 7846<br><br>**ORDER GRANTING**<br>***PRO HAC VICE ADMISSION*** |

THIS MATTER having been opened to the Court by Saul Ewing LLP, counsel for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden for an Order, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, admitting John F. Stoviak, Esq. and Cathleen M. Devlin, Esq. *pro hac vice* to argue or try this case in whole or in part as counsel, and the Court having considered the papers submitted in support of and in opposition, if any, and the Court having heard oral argument, and for good cause shown:

IT IS ON this ____ day of _____, 2007,

**ORDERED** that the motion for admission to practice *pro hac vice* is hereby GRANTED. So admitted, JOHN F. STOVIAK, ESQUIRE, and CATHLEEN M. DEVLIN, ESQUIRE may actively participate in the conduct of the trial or any pretrial or post-trial proceeding before this Court concerning this litigation.

1023734.1 10/16/07

-2-

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

_____
Hon. Loretta K. Preska, U.S.D.J.



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *John Francis Stoviak, Esq.*

**DATE OF ADMISSION**

*October 28, 1976*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 9, 2007

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **CATHLEEN MARIE DEVLIN** (No. **035111994**) was constituted and appointed an Attorney at Law of New Jersey on **December 20, 1994** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **4TH** day of **October**, 20 **07**

*Clerk of the Supreme Court*

-453a-



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Cathleen Marie Devlin, Esq.*

### DATE OF ADMISSION

*December 6, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 3, 2007

Patricia A. Johnson
Chief Clerk