UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

SENSIENT COLORS INC.,

        Plaintiff,

vs.

ABBY F. KOHNSTAMM; PETER L.
KOHNSTAMM; SARAH F. KOHNSTAMM;
ELIZABETH K. OGDEN; RICHARD L.
OGDEN; THOMAS H. OGDEN; JOHN DOE
INDIVIDUALS 1-20 (fictitious names); and
ABC COMPANIES 1-20 (fictitious names),

        Defendants.



Case No. 07 CIV 7846 (LAP)

ORDER GRANTING
PRO HAC VICE ADMISSION

RECEIVED
OCT 22, 2007

LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S D N Y.

THIS MATTER having been opened to the Court by Saul Ewing LLP, counsel for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden for an Order, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, admitting John F. Stoviak, Esq. and Cathleen M. Devlin, Esq. *pro hac vice* to argue or try this case in whole or in part as counsel, and the Court having considered the papers submitted in support of and in opposition, if any, and the Court having heard oral argument, and for good cause shown:

IT IS ON this 24th day of October, 2007,

**ORDERED** that the motion for admission to practice *pro hac vice* is hereby GRANTED. So admitted, JOHN F. STOVIAK, ESQUIRE, and CATHLEEN M. DEVLIN, ESQUIRE may actively participate in the conduct of the trial or any pretrial or post-trial proceeding before this Court concerning this litigation.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

*[signature: Loretta A. Preska]*

Hon. Loretta A. Preska, U.S.D.J.