*PRE IAS*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07
```

---

SENSIENT COLORS INC., :
　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　　:　　Case No. 07 CIV 7846 (LAP)
vs. :
　　　　　　　　　　　　　　　　　　:
ABBY F. KOHNSTAMM; PETER L. :　　STIPULATION
KOHNSTAMM; SARAH F. :
KOHNSTAMM; ELIZABETH K. :
OGDEN; RICHARD L. OGDEN; :
THOMAS H. OGDEN; JOHN DOE :
INDIVIDUALS 1-20 (fictitious :
names); and ABC COMPANIES 1-20 :
(fictitious names). :
　　　　　Defendants. :

---

It is hereby stipulated and agreed to by and between the parties and their respective counsel, Bryan Cave, LLP, counsel for Plaintiff Sensient Colors Inc., Saul Ewing LLP, counsel for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden, and Conrad O'Brien Gellman & Rohn, counsel for Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm as follows:

Plaintiff's time to file a response to Defendants' Motion to Dismiss the Amended Complaint shall hereby be extended up to and including December 14, 2007 at 4:30 p.m. and Defendants time to file a reply to Plaintiff's response thereto shall be extended up and including December 21, 2007. This is the second stipulation for an extension of time submitted in this matter and the first stipulation for an extension of time submitted by Plaintiff.

This Stipulation may be executed in counterparts which shall be considered originals.

STIPULATED TO:

Bryan Cave LLP.
Attorneys for Plaintiff Sensient Colors Inc.

By: *[signature]*  Dated: 11/20/2007
Christopher R. Strianese, Esq.
Mary M. Chang, Esq.

STIPULATED TO:

Saul Ewing LLP.
Attorneys for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden

By: *[signature]*  Dated: NOV. 20, 2007
John F. Stoviak, Esq.

STIPULATED TO:

Conrad O'Brien Gellman & Rohn.

Attorneys for Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm

By: *[signature]* Robert Feltoon (CRS)  Dated: 11/20/2007
Robert N. Feltoon, Esq.

ORDER

The above stipulation is ORDERED APPROVED.

ORDER DATED: November 26, 2007

BY THE COURT

*[signature] Loretta Presky*

U.S.D.J.