BRYAN CAVE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

Christopher Strianese
Direct 212-541-1282
Fax 212-541-1492
christopher.strianese@bryancave.com

RECEIVED

November 21, 2007

. . . . '. 100

Honorable Loretta A. Preska
United States Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

LORETTA A PRESKA
U S DISTRICT JUDGE
S D N Y

Bryan Cave LLP

Re:    Sensient Colors Inc. v. Abby F. Kohnstamm et al.
       07 Civ 7846 (LAP)

Dear Judge Preska:

This firm represents the Plaintiff, Sensient Colors Inc., in the above referenced
matter. We write pursuant to Your Honor's individual practice rules to request
permission to file a 35-page memorandum of law in opposition to Defendants'
Motion to Dismiss the Amended Complaint.

On September 26, 2007, Plaintiff filed a Nine-Count Amended Complaint against
Defendants alleging that Defendants are liable for the environmental
contamination of certain property located in Camden, New Jersey.  On October
22, 2007, Defendants filed a Motion to Dismiss the Amended Complaint attacking
all Nine-Counts contained therein.  Because Plaintiff must address a number of
choice of law issues in its response and because this case concerns, in part, a
complex corporate transaction we believe must be described in detail, the 20-page
limit imposed is insufficient for Plaintiff to adequately respond.  Accordingly, we
respectfully request permission to file a 35-page memorandum of law in
opposition.  Counsel for Defendants have consented to our request, and we have
consented to their request to file a reply exceeding the 10-page limit by a
reasonable number of pages in order to respond to the issues raised in opposition.

*Counsel are reminded that memoranda should be in twelve-point type, both text and footnotes with normal margins*

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*November 27, 2007*

Honorable Loretta A. Preska

November 21, 2007

Page 2

Bryan Cave LLP

In addition, we enclose herewith a stipulation signed by all counsel extending Plaintiff's time to file its opposition to and including December 14, 2007 at 4:30 p.m. and extending Defendants' time to reply thereto to and including December 21, 2007. We respectfully request that the stipulation be So-Ordered by the Court.

Very truly yours,

Christopher Strianese

cc:     Mary M. Chang, Esq. (via email)
        Robert N. Feltoon, Esq. (via email)
        John F. Stoviak, Esq. (via email)