USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENSIENT COLORS INC., <br><br> Plaintiff, <br><br> vs. <br><br> ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), <br><br> Defendants. | Case No. 07 CIV 7846 <br><br> STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT |

It is hereby stipulated and agreed to by and between the parties and their respective counsel, Bryan Cave LLP, counsel for Plaintiff Sensient Colors Inc.; Saul Ewing LLP, counsel for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden; and Conrad O'Brien Gellman & Rohn, counsel for Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm, as follows:

Defendants' time to file a reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint, originally due on December 21, 2007, is extended to January 15, 2008. In addition, Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm may file a separate reply as a supplement to Defendants' collective reply, also due on January 15, 2008. The parties further agree that Defendants' reply shall not exceed twenty (20) pages in length, and that the separate supplemental reply of Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm shall not exceed four (4) pages in length. Plaintiff's counsel has consented to the aforementioned stipulations.

1038668 1 12/18/07

-2-

This is the third stipulation for an extension of time submitted by any of the parties.

STIPULATED TO:

Bryan Cave LLP
Attorney for Plaintiff Sensient Colors Inc.

By: /s/ Mary M. Chang                               Dated: 12/18/07
    Mary M. Chang, Esq.
    Christopher Strianese, Esq.

STIPULATED TO:

Saul Ewing LLP
Attorney for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden

By: _____             Dated: _____
    John F. Stoviak, Esq.

STIPULATED TO:

Conrad O'Brien Gellman & Rohn
Attorney for Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm

By: _____             Dated: _____
    Robert N. Feltoon, Esq.

ORDER

The above stipulation is ORDERED APPROVED.

ORDER DATED: _____

BY THE COURT

_____

-2-

This is the third stipulation for an extension of time submitted by any of the parties.

STIPULATED TO:

Bryan Cave LLP
Attorney for Plaintiff Sensient Colors Inc.

By:_____       Dated:_____
    Mary M. Chang, Esq.
    Christopher Strianese, Esq.

STIPULATED TO:

Saul Ewing LLP
Attorney for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden

By: *[signature]* John F. Stoviak.       Dated: 12/18/07
    John F. Stoviak, Esq.

STIPULATED TO:

Conrad O'Brien Gellman & Rohn
Attorney for Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm

By:_____       Dated:_____
    Robert N. Feltoon, Esq.

ORDER

    The above stipulation is ORDERED APPROVED.

ORDER DATED: _____

                                 BY THE COURT

                                 _____

-2-

This is the third stipulation for an extension of time submitted by any of the parties.

STIPULATED TO:

Bryan Cave LLP
Attorney for Plaintiff Sensient Colors Inc.

By:_____        Dated:_____
    Mary M. Chang, Esq.
    Christopher Strianese, Esq.

STIPULATED TO:

Saul Ewing LLP
Attorney for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden

By:_____        Dated:_____
    John F. Stoviak, Esq.

STIPULATED TO:

Conrad O'Brien Gellman & Rohn
Attorney for Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm

By: *Robert N. Feltoon*                      Dated: 12/17/07.
    Robert N. Feltoon, Esq.

ORDER

The above stipulation is ORDERED APPROVED.

ORDER DATED: *December 19 2007*

BY THE COURT
*Loretta A. Preska*