SAUL EWING LLP
750 College Road East
Princeton, New Jersey 08540-6617
Telephone: (609) 452-3100
Facsimile: (609) 452-3122
David C. Kistler, Esq.
*Attorneys for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENSIENT COLORS INC., <br><br> Plaintiff, <br> vs. <br><br> ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), <br><br> Defendants. | Case No. 07 CIV 7846 (LAP) <br><br> CIVIL ACTION <br><br> **NOTICE OF APPEARANCE** <br><br> **(Filed Electronically)** |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for

**Defendants Peter L. Kohnstamm and Elizabeth K. Ogden**

I certify that I am admitted to practice in this Court.

Dated: January 17, 2008    By:

SAUL EWING LLP

_____
David C. Kistler, Esq.  (DK 8496)
SAUL EWING LLP
750 College Road East – Suite 100
Princeton, New Jersey 08540
(609) 452-3119   fax (609) 452-3131

980284.1 1/17/08