SAUL EWING LLP
750 College Road East
Princeton, New Jersey 08540-6617
Telephone: (609) 452-3100
Facsimile: (609) 452-3122
David C. Kistler, Esq.
*Attorneys for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENSIENT COLORS INC., <br><br> Plaintiff, <br><br> vs. <br><br> ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), <br><br> Defendants. | Case No. 07 CIV 7846 (LAP) <br><br> CIVIL ACTION <br><br> SUBSTITUTION OF ATTORNEY <br><br> (Filed Electronically) |

The undersigned hereby consent to the substitution of Saul Ewing LLP, 750 College Road East, Suite 100, Princeton, New Jersey 08540, as attorneys for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden, in the above-captioned action.

SAUL EWING LLP

By: _____
Michael A. Lampert, Esq.
Withdrawing Attorney(s)
750 College Road East, Suite 100
Princeton, New Jersey 08540
Telephone (609) 452-3123

Dated: January 17, 2008

SAUL EWING LLP

By: _____
David C. Kistler, Esq.
Superseding Attorney(s)
750 College Road East, Suite 100
Princeton, New Jersey 08540
Telephone (609) 452-3119

Dated: January 17, 2008

980285.1 1/17/08

SAUL EWING LLP
750 College Road East
Princeton, New Jersey 08540-6617
Telephone: (609) 452-3100
Facsimile: (609) 452-3122
David C. Kistler, Esq.
*Attorneys for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENSIENT COLORS INC., <br><br> Plaintiff, <br> vs. <br><br> ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), <br><br> Defendants. | Case No. 07 CIV 7846 (LAP) <br><br> CIVIL ACTION <br><br> CERTIFICATE OF SERVICE <br><br> (Filed Electronically) |

I, David C. Kistler, hereby certify that, on January 17, 2008, I electronically filed one copy of **Defendants Peter L. Kohnstamm and Elizabeth K. Ogden's Substitution of Attorney** with the Clerk of the Court using the CM/ECF System. All counsel are registered CM/ECF users and, as such, are able to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                                    David C. Kistler

Dated: January 17, 2008

980285.1 1/17/08