**SAUL EWING LLP**
A Delaware LLP
750 College Drive East, Suite 100
Princeton, NJ 08540
(609) 452- 3100
Attorneys for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden

| | | |
|---|---|---|
| SENSIENT COLORS INC., | : | UNITED STATES DISTRICT COURT |
| | : | SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | : | |
| vs. | : | Case No.  07 CIV 7846 (LAP) |
| ABBY F. KOHNSTAMM; PETER L. KOHNSTAMM; SARAH F. KOHNSTAMM; ELIZABETH K. OGDEN; RICHARD L. OGDEN; THOMAS H. OGDEN; JOHN DOE INDIVIDUALS 1-20 (fictitious names); and ABC COMPANIES 1-20 (fictitious names), | : | CIVIL ACTION<br><br>**Amended Declaration of Service**<br><br>(Filed Electronically) |
| Defendants. | : | |

I, DAVID C. KISTLER, hereby declare:

1.  I am an associate with the law firm of Saul Ewing LLP, attorneys for Defendants Peter L. Kohnstamm and Elizabeth K. Ogden.  As such, I am fully familiar with the facts set forth herein.

2.  On January 15, 2008, I served Mary M. Chang, Esquire, Bryan Cave LLP, 290 Avenue of the Americas, New York, NY 10104, counsel for Plaintiff Sensient Colors, Inc., and Robert L. Feltoon, Esquire, Conrad, O'Brien, Gellman & Rohn, P.C., counsel for Defendants Abby F. Kohnstamm and Sarah F. Kohnstamm, 1515 Market Street, 16th Floor, Philadelphia, Pennsylvania 19102, by U.S. Mail First Class, with the Memorandum of Law of Certain Defendants in Reply to Plaintiff's

Opposition to Defendants' Motion to Dismiss the Amended Complaint; and Defendants' Certification of David C. Kistler with accompanying Exhibit.

    I declare under penalty of perjury that the foregoing is true and correct.

                                                                           _____/s/_____
                                                                            David C. Kistler (DK 8496)

Dated: January 17, 2008  
Philadelphia, Pennsylvania