



Cathleen M. Devlin

Phone: (215) 972-8562

Fax: (215) 972-1835

cdevlin@saul.com

www.saul.com

July 9, 2008

## VIA FACSIMILE 212-805-7941
## AND U.S. MAIL

The Honorable Loretta A. Preska, U.S.D.J.
United States District Court
  for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

### RE:    Sensient Colors, Inc. v. Abby F. Kohnstamm et al.
###          Civil Action No. 2:07-CIV-07846 (LAP)

Dear Judge Preska:

I am writing on behalf of Defendants Peter L. Kohnstamm and Elizabeth K. Ogden to provide notice that David Clair Kistler, Jr., Esquire is no longer with Saul Ewing LLP and is no longer representing these Defendants. As such, kindly instruct the Docketing Clerk to modify the docket in this matter to reflect same.

**SO ORDERED**

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*July 9, 2008*

Respectfully submitted,

Cathleen M. Devlin

CMD/cpr
cc:    Mary M. Chang, Esquire
       Robert L. Feltoon, Esquire

Centre Square West • 1500 Market Street, 38th Floor • Philadelphia, PA 19102-2186

Phone: (215) 972-7777 • Fax: (215) 972-7725

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON

A DELAWARE LIMITED LIABILITY PARTNERSHIP

505808.1 7/9/08